**Form 237**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Gregory T. Cercone** | : | Case No. 14−24604−CMB |
| **Mark S. Handzes** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Nationstar Mortgage, LLC | : | |
| *Movant,* | : | Related to Claim No. 14 |
| | : | |
| v. | : | |
| Gregory T. Cercone | : | |
| Mark S. Handzes | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

### <u>ORDER</u>

     **AND NOW**, this **3rd day of March, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Nationstar Mortgage, LLC* at Claim No. 14 in the above−captioned bankruptcy case,

     It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)   an *AMENDED CHAPTER 13 PLAN;*

    (2)   a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)   an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

     *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 14-24604-CMB
Gregory T. Cercone                                                                          Chapter 13
Mark S. Handzes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy          Page 1 of 1          Date Rcvd: Mar 03, 2017
                              Form ID: 237        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2017.
db/jdb        +Gregory T. Cercone,   Mark S. Handzes,   422 Sussex Drive,   Cranberry Twp, PA 16066-4368
cr           ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,   PO Box 619096,
               Dallas, TX  75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
          Ann E. Swartz    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
          Celine P. DerKrikorian    on behalf of Creditor    Nationstar Mortgage, LLC. ecfmail@mwc-law.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          Lauren M. Lamb    on behalf of Joint Debtor Mark S. Handzes
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
           brose@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Lauren M. Lamb    on behalf of Debtor Gregory T. Cercone
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
           brose@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 7