2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-24604-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Gregory T. Cercone
422 Sussex Drive
Cranberry Twp PA 16066

Mark S. Handzes
422 Sussex Drive
Cranberry Twp PA 16066

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/20/2018.

Name and Address of Alleged Transferor(s):

Claim No. 16: COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121

Name and Address of Transferee:

SYNCHRONY BANK
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/23/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gregory T. Cercone  
Mark S. Handzes  
    Debtors

Case No. 14-24604-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1               Date Rcvd: Nov 21, 2018
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14010569       +E-mail/Text: bncmail@w-legal.com Nov 22 2018 03:01:00      COMENITY CAPITAL BANK/PAYPAL CREDIT,
                 C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                                 TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2018 at the address(es) listed below:
      Ann E. Swartz    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
      Ann E. Swartz    on behalf of Creditor   Nationstar Mortgage LLC ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
      Celine P. DerKrikorian    on behalf of Creditor   Nationstar Mortgage, LLC. ecfmail@mwc-law.com
      James Warmbrodt    on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
      Lauren M. Lamb    on behalf of Debtor Gregory T. Cercone
       julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
      Lauren M. Lamb    on behalf of Joint Debtor Mark S. Handzes
       julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 9