IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gregory T. Cercone, | ) | Case No 14-24604 CMB |
| Mark S. Handzes, | ) | Chapter 13 |
| *Debtors* | ) | Document No. WO-2 |
| | ) | |
| Mark S. Handzes, | ) | Related to Docket No. 107 |
| Social Security No. XXX-XX-5311 | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Aetna Health Management, LLC and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 13, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Gregory Cercone  
Mark Handzes  
422 Sussex Drive  
Cranberry Township, Pa 16066  

Aetna Health Management, LLC  
Attn: Payroll Department  
151 Farmington Avenue  
Hartford, CT 06156  

Date of Service: May 13, 2019

/s/ Lauren M. Lamb  
Lauren M. Lamb, Esquire  
Attorney for the Debtor  

STEIDL & STEINBERG  
Suite 2830, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
Llamb@steidl-steinberg.com  
PA I.D. No. 209201