IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Gregory T. Cercone and ) | Case No. 14-24604-CMB |
| Mark S. Handzes, ) | |
|     Debtors ) | Chapter 13 |
| ) | Document No. |
| Steidl and Steinberg, P.C. ) | |
|     Applicant ) | |
| ) | re doc. no. 113 |
|     vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, ACAR Leasing LTD d/b/a GM Financial ) | |
| Leasing, Ally Bank serviced by Ally Servicing, LLC, ) | |
| Ally Financial, Associates in Gastroenterology, Bank of ) | |
| America, Beaver Valley Foot Clinic, Comenity Capital ) | |
| Bank/Paypal Credit, Capital One, Cavalry SPV I, LLC, ) | |
| Chase Card Member Service, Comenity-Levin, Dell ) | **ENTERED BY DEFAULT** |
| Financial Services, Department Stores National Bank ) | |
| for Macys, Discover, Discover Bank, First National ) | |
| Bank of Omaha, Kohl's, Macy's, Nationstar Mortgage, ) | |
| LLC, Paypal Credit, Pennsylvania Department of ) | |
| Revenue, Portfolio Recovery Associates, LLC, ) | |
| Quantum3 Group LLC as agent for Comentity Bank, ) | |
| Synchrony Bank, Santander Consumer USA, Inc., ) | |
| Sterling Jewelers, Inc., Synchrony Bank/Amazon, ) | |
| Synchrony Bank/JCPenney, Synchrony Bank/Levin, ) | |
| Synchrony Bank/Lowes, Synchrony Bank/Walmart, ) | |
| TD Bank USA, N.A., Target/Redcard, UPMC ) | |
| Passavant ) | |
|     Respondents ) | |

**ORDER OF COURT**

    AND NOW, to-wit this ___28th___ day of ___August___, 2019, after consideration of the Application for Interim Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1) The Application for Interim Compensation is approved in the additional amount of $1,000.00 for work performed in the Chapter 13 case by Debtors' counsel from October 8, 2014, to August 7, 2019.

2) The Debtors paid their counsel for administrative costs and expenses totaling $500.00 prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3) Before the approval of this Fee Application, the Debtors' counsel was paid a $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $5,000.00, provided, however, the total to be paid through the Plan by the Trustee is $4,400.00 (representing the $3,400.00 previously approved to be paid (as set forth above), and an additional $1,000.00 that was requested in the confirmed Chapter 13 Plan dated February 7, 2019;

4) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5) The clerk shall record the total compensation as $5,000.00, provided only $4,400.00 is to be paid through the Trustee under the Plan.

FILED
8/28/19 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    dmk
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-24604-CMB
Gregory T. Cercone                                                      Chapter 13
Mark S. Handzes
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw               Page 1 of 1              Date Rcvd: Aug 28, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2019.
db/jdb         +Gregory T. Cercone,    Mark S. Handzes,    422 Sussex Drive,    Cranberry Twp, PA 16066-4368

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Nationstar Mortgage LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Celine P. DerKrikorian    on behalf of Creditor    Nationstar Mortgage, LLC. ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Lauren M. Lamb    on behalf of Debtor Gregory T. Cercone
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Joint Debtor Mark S. Handzes
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 9