**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/06/2019

IN RE:

GREGORY T. CERCONE
MARK S. HANDZES
422 SUSSEX DRIVE
CRANBERRY TWP, PA 16066
XXX-XX-5072          Debtor(s)

XXX-XX-5311

Case No.14-24604 CMB

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/6/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Claim/Comment | Credit Desc/Account |
|---|---|---|---|
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:14<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL-PL*DK4PMT-LMT*FR BOA-DOC 30 | | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 3508 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:2<br>CLAIM:  8,383.84<br>COMMENT:  AMT/CL+398.32 ARRS/CL=PL*W/28 | | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 9752 |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEAS**<br>75 REMITTANCE DR STE 1738<br>CHICAGO, IL  60675-1738 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:6-2<br>CLAIM:  9,079.29<br>COMMENT:  CL6GOV/DOE*392x23MOS+784 ARRS/PL*392.89x22+435.71ARRS/CL*W/30,34*DK*AI | | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 1128 |
| **STERLING JEWELERS INC DBA JARED THE GAI**<br>C/O BUCKLEY KING LPA<br>600 SUPERIOR AVE EAST STE 1400<br>CLEVELAND, OH  44114 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  1,810.28<br>COMMENT:  $/CL-PL@0%MDF/PL*50/MO | | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 3664 |
| **ASSOCIATES IN GASTROENOLOGY**<br>1 ALLEGHENY CENTER<br>PITTSBURGH, PA  15212 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1485 |
| **BEAVER VALLEY FOOT CLINIC**<br>POB 1205<br>ALIQUIPPA, PA  15001 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2832 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:13<br>CLAIM:  1,579.44<br>COMMENT:  6489/SCH*CAP ONE | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3034 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:11<br>CLAIM:  2,761.44<br>COMMENT:  2555/SCH*CAP ONE | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9434 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:12<br>CLAIM:  2,321.45<br>COMMENT:  5496/SCH*CAP ONE/HSBC | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4799 |
| **CAVALRY SPV I LLC - ASSIGNEE****<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br>TUSCON, AZ  85715 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM:  2,675.82<br>COMMENT:  7610/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5004 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE**<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br>TUSCON, AZ  85715 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 2,269.55<br>COMMENT: 8370/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5410 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055 *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5716 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,224.95<br>COMMENT: LEVIN FURNITURE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3779 |
| **DELL FINANCIAL SERVICES LLC**<br>C/O RESURGENT CAP SVCS<br>POB 10390<br>GREENVILLE, SC  29603-0390 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 3,098.39<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6821 |
| **DISCOVER BANK(*)**<br>C/O DB SERVICING CORP<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 5,021.24<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4347 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE  68197-3106 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,824.96<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8173 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 3,176.81<br>COMMENT: JPMORGAN/KOHL'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3829 |
| **DEPARTMENT STORES NATIONAL BANK - MACY'S**<br>C/O TRANSWORLD SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA  30091 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 645.58<br>COMMENT: 9740/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2974 |
| **BILL ME LATER INC A/S/F SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 16-2<br>CLAIM: 693.85<br>COMMENT: PAYPAL*AMD*FR COMENITY-DOC 84 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7376 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 1,227.28<br>COMMENT: SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8527 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:22<br><br>CLAIM:  292.89<br>COMMENT:  SYNCHRONY/JCP | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5909 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:23<br><br>CLAIM:  673.52<br>COMMENT:  SYNCHRONY/LEVIN FURNITURE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7065 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:24<br><br>CLAIM:  4,792.29<br>COMMENT:  SYNCHRONY/LOWE'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7907 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:20<br><br>CLAIM:  748.49<br>COMMENT:  SYNCHRONY/WALMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5929 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  627.76<br>COMMENT:  SYNCHRONY/WALMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8184 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA  98124 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  1,053.29<br>COMMENT:  2323/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2390 |
| **UPMC PASSAVANT HOSPITAL**<br>9100 BABCOCK BLVD<br><br>PITTSBURGH, PA  15237 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4492 |
| **ALLY FINANCIAL(\*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  0.00<br>COMMENT:  PURCHASE OPTION=13409.20\*W/2 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  9752 |
| **NATIONSTAR MORTGAGE LLC(\*)**<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  1,123.51<br>COMMENT:  $/CL-PL\*FR BOA-DOC 30 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  3508 |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEAS**<br>75 REMITTANCE DR STE 1738<br><br>CHICAGO, IL  60675-1738 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:6-2<br><br>CLAIM:  0.00<br>COMMENT:  PURCHASE OPTION=14151.20\*W/3,34\*AMD | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  1128 |

# CLAIM RECORDS

| Creditor | Trustee/Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **ACAR LEASING D/B/A GM FINANCIAL LEASING**<br>PO BOX 100<br>WILLIAMSVILLE, NY 14231 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1128 | CLAIM: 0.00<br>COMMENT: STRICKEN/OE*CL=8643.58*DUP @ CL 6*DK |
| **SANTANDER CONSUMER USA****<br>PO BOX 560284<br>DALLAS, TX 75356 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 25 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2804 | CLAIM: 0.00<br>COMMENT: PMT/CL-PL*391.56x(38+2)=LMT*BGN 10/16 |
| **SANTANDER CONSUMER USA****<br>PO BOX 560284<br>DALLAS, TX 75356 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 26 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 7589 | CLAIM: 0.00<br>COMMENT: PMT/CL-PL*392.59x(38+2)=LMT*BGN 10/16 |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEAS**<br>75 REMITTANCE DR STE 1738<br>CHICAGO, IL 60675-1738 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 6-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1128 | CLAIM: 2,885.73<br>COMMENT: LEASE DFNCY BAL*AMD*W/3,30 |