IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gregory T. Cercone | ) | Case No. 14-24604 CMB |
| Mark S. Handzes, | ) | Chapter 13 |
|    Debtors | ) | Docket No. |
| | ) | |
| Mark S. Handzes | ) | |
| | ) | |
|    Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent | ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the Movant, Mark S. Handzes, by and through his attorney Lauren M. Lamb, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the Movant had an address of 422 Sussex Drive, Cranberry Twp, PA 16066.

2. The Movant has since moved and the new address is 135 Fern Hollow Road, #1003, Coraopolis, Pa 15108.

WHEREFORE, the Movant, Mark S. Handzes, respectfully files this Notice of Change of Address.

Respectfully submitted,

December 11, 2019            /s/ Lauren M. Lamb_____
DATE                                 Lauren M. Lamb, Esquire
                                         Attorney for the Debtor
                                         STEIDL & STEINBERG
                                         Suite 2830, Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA 15219
                                         (412) 391-8000
                                         Llamb@steidl-steinberg.com
                                         PA I.D. No. 209201