IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gregory T. Cercone, | ) | Case No 14-24604 CMB |
| Mark S. Handzes, | ) | Chapter 13 |
| *Debtors* | ) | Document No. WO-2 |
| | ) | |
| Mark S. Handzes, | ) | Related to Docket No. 121 |
| Social Security No. XXX-XX-5311 | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Aetna Health Management, LLC and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 20, 2019, a true and correct copy of the *Order to Stop Payroll Deductions* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Mark Handzes
135 Fern Hollow Road #1003
Coraopolis, Pa 15108

Aetna Health Management, LLC
Attn: Payroll Department
151 Farmington Avenue
Hartford, CT 06156

Date of Service: December 20, 2019

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201