**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  GREGORY T. CERCONE
MARK S. HANDZES
         Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  GREGORY T. CERCONE
MARK S. HANDZES

      Respondents

Case No.14-24604CMB

Chapter 13

Document No.____120____

---

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ____19th____ day of __December__ , 20_19_ it is hereby ORDERED, ADJUDGED, and DECREED that,

Aetna
Attn:Payroll Manager
151 Farmington Ave
Hartford,CT 06156

is hereby ordered to immediately terminate the attachment of the wages of MARK S. HANDZES,

social security number XXX-XX-5311.  No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of MARK S. HANDZES.

Carlota M. Böhm                    dmr
Chief United States Bankruptcy Court Judge

FILED
12/19/19 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 14-24604-CMB
Gregory T. Cercone                                             Chapter 13
Mark S. Handzes
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric            Page 1 of 1            Date Rcvd: Dec 19, 2019
                              Form ID: pdf900       Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
```
db              +Gregory T. Cercone,   422 Sussex Drive,   Cranberry Twp, PA 16066-4368
jdb             +Mark S. Handzes,   135 Fern Hollow Road #1003,   Coraopolis, PA 15108-4104
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
```
        Ann E. Swartz    on behalf of Creditor   Nationstar Mortgage LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        Ann E. Swartz    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        Celine P. DerKrikorian    on behalf of Creditor   Nationstar Mortgage, LLC. ecfmail@mwc-law.com
        James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
        James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        Lauren M. Lamb    on behalf of Debtor Gregory T. Cercone
         julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
         teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
         dl-steinberg.com
        Lauren M. Lamb    on behalf of Joint Debtor Mark S. Handzes
         julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
         teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
         dl-steinberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                    TOTAL: 9
```