Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Gregory T. Cercone
Mark S. Handzes**
  Debtor(s)

Bankruptcy Case No.: 14−24604−CMB
Related to Doc. No. 127
Chapter: 13
Docket No.: 128 − 127

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 29th of January, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

  1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/16/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

  2. Said Motion is scheduled for hearing on **4/15/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

  3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

  **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

  In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

  4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

  5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/16/20.**

  <u>Carlota M. Bohm</u>
  United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-24604-CMB
Gregory T. Cercone                                                        Chapter 13
Mark S. Handzes
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 2              Date Rcvd: Jan 29, 2020
                              Form ID: 408            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
db         +Gregory T. Cercone,    422 Sussex Drive,    Cranberry Twp, PA 16066-4368
jdb        +Mark S. Handzes,    135 Fern Hollow Road #1003,    Coraopolis, PA 15108-4104
13977559   +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    P.O. Box 183692,    Arlington, TX 76096-3692
13957670    Associates in Gastroenterology,     5500 Brooktree Road, Suite 201,    Wexford, PA 15090-9260
13957671    Bank of America,    P.O. Box 15222,    Wilmington, DE 19886-5222
13998987    Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13991109    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14013235   +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
13957678    Chase Card Member Service,    P. O. Box 15153,    Wilmington, DE 19886-5153
13965162   +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
             Mason, OH 45040-8053
13957682   +First National Bank of Omaha,    P.O. Box 2557,    Omaha, NE 68103-2557
13957683    GM Financial,    75 Remittance Drive, Suite 1738,    Chicago, IL 60675-1738
13957687    Macy's,   P.O. Box 183083,    Columbus, OH 43218-3083
14054157   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
           (address filed with court: Nationstar Mortgage, LLC,      PO Box 619096,    Dallas, TX 75261-9741)
13973779   ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
           (address filed with court: First National Bank of Omaha,      1620 Dodge Street,    Stop Code 3105,
             Omaha Ne 68197)
14349350   +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
13957695    Target/Redcard,    P.O. Box 660170,    Dallas, TX 75266-0170
13957696   +UPMC Passavant,    P.O. Box 382059,    Pittsburgh, PA 15250-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: bncmail@w-legal.com Jan 30 2020 03:42:05      Synchrony Bank,
             c/o Weinstein & Riley, P.S.,    2001 Western Ave., Suite #400,    Seattle, WA 98121-3132
13964261    E-mail/Text: ally@ebn.phinsolutions.com Jan 30 2020 03:41:01
             Ally Bank serviced by Ally Servicing LLC,     PO Box 130424,    Roseville, MN 55113-0004
13957669    E-mail/Text: ally@ebn.phinsolutions.com Jan 30 2020 03:41:01      Ally Financial,
             P.O. Box 901951,    Louisville, KY 40290-1951
13957668   +E-mail/Text: ally@ebn.phinsolutions.com Jan 30 2020 03:41:01      Ally Financial,
             P.O. Box 9001951,    Louisville, KY 40290-1951
14010569   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 30 2020 03:41:21
             COMENITY CAPITAL BANK/PAYPAL CREDIT,    C/O WEINSTEIN & RILEY, P.S.,
             2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13957673    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 30 2020 03:47:09      Capital One,
             P.O. Box 71083,    Charlotte, NC 28272-1083
13991691   +E-mail/Text: bankruptcy@cavps.com Jan 30 2020 03:42:14      Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13957679    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 30 2020 03:41:22      Comenity - Levin,
             PO Box 659704,    San Antonio, TX 78265-9704
13957680    E-mail/PDF: DellBKNotifications@resurgent.com Jan 30 2020 03:47:22      Dell Financial,
             P.O. Box 6403,    Carol Stream, IL 60197
13957681    E-mail/Text: mrdiscen@discover.com Jan 30 2020 03:41:05      Discover,    P.O. Box 71084,
             Charlotte, NC 28272-1084
13962354    E-mail/Text: mrdiscen@discover.com Jan 30 2020 03:41:05      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13957685    E-mail/Text: BKRMailOPS@weltman.com Jan 30 2020 03:41:19      Jared Galleria of Jewelry,
             P.O. Box 740425,    Cincinnati, OH 45274-0425
13957686   +E-mail/Text: bncnotices@becket-lee.com Jan 30 2020 03:41:10      Kohl's,    P.O. Box 3084,
             Milwaukee, WI 53201-3084
14014303    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2020 03:47:15
             Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13957688    E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2020 03:47:06      Paypal Credit,    P.O. Box 105658,
             Atlanta, GA 30348-5658
13979267    E-mail/Text: bnc-quantum@quantum3group.com Jan 30 2020 03:41:31
             Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
14952113   +E-mail/Text: bncmail@w-legal.com Jan 30 2020 03:42:05      SYNCHRONY BANK,
             c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13978921   +E-mail/Text: ecf@buckleyking.com Jan 30 2020 03:41:06      Sterling Jewelers, Inc.,
             dba Jared The Galleria of Jewelry,    c/o Buckley King LPA,    600 Superior Avenue East,
             Suite 1400,    Cleveland, Ohio 44114-2693
13957689    E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2020 03:47:04      Synchrony Bank/Amazon,
             PO Box 960013,    Orlando, FL 32896-0013
13957690    E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2020 03:47:04      Synchrony Bank/JC Penney,
             PO Box 960090,    Orlando, FL 32896-0090
13957691    E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2020 03:45:17      Synchrony Bank/Levin,
             P.O. Box 960061,    Orlando, FL 32896-0061
13957692    E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2020 03:47:04      Synchrony Bank/Lowes,
             PO Box 530914,    Atlanta, GA 30353-0914
13957693    E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2020 03:47:04      Synchrony Bank/Walmart,
             P.O. Box 530927,    Atlanta, GA 30353-0927

```
District/off: 0315-2          User: dric                 Page 2 of 2                   Date Rcvd: Jan 29, 2020
                              Form ID: 408               Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13972940        +E-mail/Text: bncmail@w-legal.com Jan 30 2020 03:42:05      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                                 TOTAL: 24

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bank of America, N.A.
cr               Nationstar Mortgage LLC
cr*             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,    PO Box 619096,
                   Dallas, TX  75261-9741)
13957674*        Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
13957675*        Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
13957676*        Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
13957677*        Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
14009914*       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                   PO Box 10390,    Greenville, SC 29603-0390)
13957684*        GM Financial,    75 Remittance Drive, Suite 1738,    Chicago, IL 60675-1738
13957694*        Synchrony Bank/Walmart,    P.O. Box 530927,    Atlanta, GA 30353-0927
13957672       ##+Beaver Valley Foot Clinic,    P.O. Box 1205,    Aliquippa, PA 15001-0935
                                                                                  TOTALS: 2, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    Nationstar Mortgage LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Celine P. DerKrikorian    on behalf of Creditor    Nationstar Mortgage, LLC. ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Lauren M. Lamb    on behalf of Debtor Gregory T. Cercone
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Joint Debtor Mark S. Handzes
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```