IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 14-24604 CMB |
| Gregory T. Cercone ) | Chapter 13 |
| Mark S. Handzes, ) | Docket No. |
| *Debtors* ) | |
| ) | |
| Gregory T. Cercone ) | |
| Mark S. Handzes, ) | |
| *Movants* ) | |
| ) | |
| *No Respondent(s)* ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On January 5, 2015 at docket numbers 28 and 29, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

February 6, 2020                                             /s/ Gregory T. Cercone
Date                                                                   Debtor


February 6, 2020                                             /s/ Mark S. Handzes
Date                                                                   Debtor

Respectfully submitted,

<u>February 10, 2020</u>  /s/ Lauren M. Lamb
DATE  Lauren M. Lamb, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201

**PAWB Local Form 24 (07/13)**