**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   GREGORY T. CERCONE
   MARK S. HANDZES
       Debtor(s)

Ronda J. Winnecour
       Movant
   vs.
No Repondents.

Case No.:14-24604

Chapter 13

Document No.: 127

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __1st__ day of __April__, 20__20__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
4/1/20 7:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-24604-CMB
Gregory T. Cercone                                                      Chapter 13
Mark S. Handzes
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: agro              Page 1 of 2              Date Rcvd: Apr 01, 2020
                             Form ID: pdf900         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
```
db            +Gregory T. Cercone,    422 Sussex Drive,    Cranberry Twp, PA 16066-4368
jdb           +Mark S. Handzes,    135 Fern Hollow Road #1003,    Coraopolis, PA 15108-4104
13977559      +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    P.O. Box 183692,   Arlington, TX 76096-3692
13957670       Associates in Gastroenterology,    5500 Brooktree Road, Suite 201,    Wexford, PA 15090-9260
13957671       Bank of America,    P.O. Box 15222,   Wilmington, DE 19886-5222
13998987       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13991109       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
14013235      +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
13965162      +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
13957682      +First National Bank of Omaha,    P.O. Box 2557,   Omaha, NE 68103-2557
13957683       GM Financial,   75 Remittance Drive, Suite 1738,    Chicago, IL 60675-1738
13957687       Macy's,   P.O. Box 183083,    Columbus, OH 43218-3083
14054157     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
13973779     ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
              (address filed with court: First National Bank of Omaha,     1620 Dodge Street,   Stop Code 3105,
               Omaha Ne 68197)
14349350      +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
13957695       Target/Redcard,   P.O. Box 660170,    Dallas, TX 75266-0170
13957696      +UPMC Passavant,   P.O. Box 382059,    Pittsburgh, PA 15250-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bncmail@w-legal.com Apr 02 2020 04:39:20      Synchrony Bank,
               c/o Weinstein & Riley, P.S.,     2001 Western Ave., Suite #400,    Seattle, WA 98121-3132
13964261       E-mail/Text: ally@ebn.phinsolutions.com Apr 02 2020 04:37:33
               Ally Bank serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13957669       E-mail/Text: ally@ebn.phinsolutions.com Apr 02 2020 04:37:33      Ally Financial,
               P.O. Box 901951,   Louisville, KY 40290-1951
13957668      +E-mail/Text: ally@ebn.phinsolutions.com Apr 02 2020 04:37:33      Ally Financial,
               P.O. Box 9001951,   Louisville, KY 40290-1951
14010569      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 02 2020 04:38:19
               COMENITY CAPITAL BANK/PAYPAL CREDIT,    C/O WEINSTEIN & RILEY, P.S.,
               2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13957673       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2020 04:49:38       Capital One,
               P.O. Box 71083,   Charlotte, NC 28272-1083
13991691      +E-mail/Text: bankruptcy@cavps.com Apr 02 2020 04:39:39      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13957679       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 02 2020 04:38:19       Comenity - Levin,
               PO Box 659704,   San Antonio, TX 78265-9704
13957680       E-mail/PDF: DellBKNotifications@resurgent.com Apr 02 2020 04:49:51       Dell Financial,
               P.O. Box 6403,   Carol Stream, IL 60197
13957681       E-mail/Text: mrdiscen@discover.com Apr 02 2020 04:37:35      Discover,   P.O. Box 71084,
               Charlotte, NC 28272-1084
13962354       E-mail/Text: mrdiscen@discover.com Apr 02 2020 04:37:35      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
13957678       E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 02 2020 05:41:49
               Chase Card Member Service,    P. O. Box 15153,   Wilmington, DE 19886-5153
13957685       E-mail/Text: BKRMailOPS@weltman.com Apr 02 2020 04:38:14      Jared Galleria of Jewelry,
               P.O. Box 740425,   Cincinnati, OH 45274-0425
13957686      +E-mail/Text: bncnotices@becket-lee.com Apr 02 2020 04:37:53      Kohl's,   P.O. Box 3084,
               Milwaukee, WI 53201-3084
14014303       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:47:28
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13957688       E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:48:12      Paypal Credit,   P.O. Box 105658,
               Atlanta, GA 30348-5658
13979267       E-mail/Text: bnc-quantum@quantum3group.com Apr 02 2020 04:38:25
               Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
14952113      +E-mail/Text: bncmail@w-legal.com Apr 02 2020 04:39:20      SYNCHRONY BANK,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13978921      +E-mail/Text: ecf@buckleyking.com Apr 02 2020 04:37:40      Sterling Jewelers, Inc.,
               dba Jared The Galleria of Jewelry,    c/o Buckley King LPA,    600 Superior Avenue East,
               Suite 1400,   Cleveland, Ohio 44114-2693
13957689       E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:48:47      Synchrony Bank/Amazon,
               PO Box 960013,   Orlando, FL 32896-0013
13957690       E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:48:12      Synchrony Bank/JC Penney,
               PO Box 960090,   Orlando, FL 32896-0090
13957691       E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:48:13      Synchrony Bank/Levin,
               P.O. Box 960061,   Orlando, FL 32896-0061
13957692       E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:48:13      Synchrony Bank/Lowes,
               PO Box 530914,   Atlanta, GA 30353-0914
```

```
District/off: 0315-2           User: agro                  Page 2 of 2                   Date Rcvd: Apr 01, 2020
                               Form ID: pdf900             Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13957693          E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:48:18      Synchrony Bank/Walmart,
                 P.O. Box 530927,    Atlanta, GA 30353-0927
13972940         +E-mail/Text: bncmail@w-legal.com Apr 02 2020 04:39:20      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bank of America, N.A.
cr               Nationstar Mortgage LLC
cr*             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,     PO Box 619096,
                  Dallas, TX   75261-9741)
13957674*        Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
13957675*        Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
13957676*        Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
13957677*        Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
14009914*       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                   PO Box 10390,    Greenville, SC 29603-0390)
13957684*        GM Financial,    75 Remittance Drive, Suite 1738,    Chicago, IL 60675-1738
13957694*        Synchrony Bank/Walmart,    P.O. Box 530927,    Atlanta, GA 30353-0927
13957672       ##+Beaver Valley Foot Clinic,    P.O. Box 1205,    Aliquippa, PA 15001-0935
                                                                                TOTALS: 2, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor   Nationstar Mortgage LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Celine P. DerKrikorian    on behalf of Creditor   Nationstar Mortgage, LLC. ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Lauren M. Lamb    on behalf of Debtor Gregory T. Cercone
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Joint Debtor Mark S. Handzes
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```